```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                       CHARLESTON
```

**RANDY COOPER,**

      **Plaintiff,**

v.                        **Case No. 2:09-cv-00169**

**JIM RUBENSTEIN, Commissioner,**
**West Virginia Division of Corrections,**
**DAVID BALLARD, Warden, Mount Olive**
**Correctional Complex, and**
**DENTON PENNINGTON, Teacher,**
**Mount Olive Correctional Complex,**

      **Defendant.**

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order, the court **ORDERS** that judgment be entered in favor of the defendants and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to Plaintiff.

    ENTER:    April 15, 2009

                                                        Joseph R. Goodwin, Chief Judge